United States District Court
Western District of Texas
Midland/Odessa Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Sherry Locke Edge,<br>    Defendant,<br><br>and<br><br>American Momentum Bank,<br>    Garnishee. | Case No. MO-11-CR-077-DC |

### Order to Quash Writ of Garnishment

The United States of America has filed a motion to quash the writ of garnishment filed in this case. In the interest of justice, the Court finds the motion should be granted, and all accounts held by Garnishee released.

**IT IS HEREBY ORDERED** that the writ of garnishment against American Momentum Bank is quashed and the accounts released.

It is so **ORDERED**.

SIGNED this 26th day of July, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE